B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Restoration Warehouse, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-4434373 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>2236 Wisconsin Ave.<br>Downers Grove, IL<br>ZIP Code 60515 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Dupage | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>5525 Lee Avenue<br>Downers Grove, IL<br>ZIP Code 60515 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    Where are assets?? | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**    *** Donna B. Wallace 6200260 ***

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                     Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Restoration Warehouse, Inc. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>Scott Andrew Minton | Case Number: | Date Filed:<br>10/19/09 |
|---|---|---|
| District:<br>Northern District of Illinois | Relationship:<br>Owner of 100% of shares | Judge:<br>Squires |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>　　Signature of Attorney for Debtor(s)　　　　(Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
   Restoration Warehouse, Inc.

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

### Signature of Attorney*

X  /s/ Donna B. Wallace
   Signature of Attorney for Debtor(s)

   Donna B. Wallace 6200260
   Printed Name of Attorney for Debtor(s)

   Joseph A. Baldi & Associates, P.C.
   Firm Name
   19 South LaSalle Street
   Suite 1500
   Chicago, IL 60603

   Address

                          Email: jabaldi@ameritech.net
   312-726-8150  Fax: 312-332-4629
   Telephone Number

   October 19, 2009
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Scott A. Minton
   Signature of Authorized Individual

   Scott A. Minton
   Printed Name of Authorized Individual

   President
   Title of Authorized Individual

   October 19, 2009
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
   Printed Name of Foreign Representative

_____
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
   Address

X _____

_____
   Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Restoration Warehouse, Inc.
                                                                        ,
                                    Debtor

Case No. _____

Chapter _____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 59,420.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 188,302.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 803,227.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 59,420.00 | | |
| Total Liabilities | | | | 991,529.66 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Restoration Warehouse, Inc.                     ,     Case No. _____
Debtor

Chapter            7           

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re   Restoration Warehouse, Inc. _____,   Case No. _____
                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    Restoration Warehouse, Inc.                                          ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Harris Bank Account ending in 31 (balance on filing date) | - | 150.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         150.00
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re   Restoration Warehouse, Inc.                                                    ,     Case No. _____
                                                 Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Due from Matthew & Joan Holuj | - | 2,000.00 |
| | | Restoration v. Reeves - suit for $20,000 (debtor offered $10,000 settlement in August, 2009) Attorney for Debtor - Edgerton & Edgerton, 125 Wood Street, PO Box 218, West Chicago, IL  60186-0218 (630)231-3000 | - | 10,000.00 |
| | | Debra & Fernando Villalpando 6116 Leonard Downers Grove, IL  60515 | - | 20,000.00 |
| | | Edwina & Patrick McGlothlin 1739 Lombard Ct. Glendale Heights, IL  60139 | - | 12,820.00 |
| | | Brian Shelton & Theresa Daniels 4412 Grove Ave Stckney, IL  60402 Pay $125.00 per month toward balance | - | Unknown |
| | | Michael Naida 225 Lexington Bolingbrook, IL  60440 Filed Chapter 13 case dismissed 9/22/2009 | - | 3,950.00 |

Sub-Total >        48,770.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Restoration Warehouse, Inc.                                          ,    Case No. _____
                                                                Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Darren Delia<br>434 S. Harvard<br>Addison, IL  60101 | - | 7,500.00 |
| | | Emma Harrison<br>243 Farragut<br>Park Forest, IL  60466 | - | 2,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Referral / Leads List | - | Unknown |

Sub-Total >    9,500.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Restoration Warehouse, Inc.                  ,      Case No. _____

                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | TV, Computers, Desk | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 1,000.00 |
| (Total of this page) | |
| Total > | 59,420.00 |

Sheet   3   of   3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Restoration Warehouse, Inc.**                                          ,   Case No. _____
                                    **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    Restoration Warehouse, Inc.                                    ,    Case No. _____
                                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re      Restoration Warehouse, Inc.                                    ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 2009<br><br>Brown, Robert & Theresa<br>1895 Jamestown<br>Elgin, IL 60120 | - | | Deposit on work | | | | 1,850.00 | 0.00 | 1,850.00 |
| Account No.<br><br>Volant, Gina<br>517 Rambler<br>Streamwood, IL 60107 | - | | Deposit | | | | 2,800.00 | 375.00 | 2,425.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  1   of  2   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 375.00 |
| 4,650.00 | 4,275.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    Restoration Warehouse, Inc.                              ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 4256525 <br><br> IDES - Bankruptcy Unit <br> 33 S. State <br> Chicago, IL 60603 | - | | 2009 <br><br> Unemployment Taxes | | | | 1,337.00 | 0.00 | 1,337.00 |
| Account No. <br><br> Representing: <br> IDES - Bankruptcy Unit | | | GC Services Limited Partnership <br> 6330 Gulfton <br> Houston, TX 77081 | | | | | | |
| Account No. 36-4434371 <br><br> Illinois Department of Revenue <br> Bankruptcy Section Level 7-425 <br> 100 W. Randolph Street <br> Chicago, IL 60606 | - | | 2006 through 2009 <br><br> withholding taxes | | | | Unknown | Unknown | 0.00 |
| Account No. 36-4434373 <br><br> Internal Revenue Service <br> Mail Stop 5010 CHI <br> 230 S. Dearborn <br> Chicago, IL 60604 | - | | 2005 through 2009 <br><br> withholding taxes | | | | 182,315.00 | Unknown | Unknown |
| Account No. | | | | | | | | | |

Sheet  2  of  2  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 183,652.00 | 0.00 <br> 1,337.00 |
| Total (Report on Summary of Schedules) | 188,302.00 | 375.00 <br> 5,612.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   Restoration Warehouse, Inc.                                    ,     Case No. _____
                                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 16303300257<br><br>AAA Expert Heating<br>2474 Wisconsin<br>Downers Grove, IL 60515 | - | | | | 6/22/2009<br>Services | | | | 119.00 |
| Account No.<br><br>Abrams, Kaslow & Cassman, LLP<br>Attn:  Christian R. Blunk<br>8712 W. Dodge Rd., Suite 300<br>Omaha, NE 68114 | - | | | | Collections for American Title Insurance | | | | 1,018.00 |
| Account No. 2005368573<br><br>Access One<br>820 W. Jackson, 6th Floor<br>Chicago, IL 60607 | - | | | | prior to January, 2008<br>telephone services | | | | 18,969.00 |
| Account No.<br><br>Representing:<br>Access One | | | | | Jeffrey Sobek<br>10 S. Riverside Plaza, Suite 1800<br>Chicago, IL 60606-3801 | | | | |
| __25__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 20,106.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:26190-091012   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Restoration Warehouse, Inc.                                                ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.  Representing: Access One | | | | | Lyman & Nielsen, LLC 1301 W. 22nd Street Suite 914 Oak Brook, IL 60523 | | | | |
| Account No.  Ace Overhead Door 20 W 480 Camden Drive Downers Grove, IL 60516 | | - | | | Trade Debt | | | | 1,485.00 |
| Account No.  Addleman, Steven 565 Cottonwood Bolingbrook, IL 60440 | | - | | | 2009 Deposit on unfinished work terminated by creditor | X | X | | Unknown |
| Account No.  Advanced Window Company 4935 W. Lemoyne Chicago, IL 60651 | | - | | | Trade Debt | | | | 50,000.00 |
| Account No.  AIG Domestic Claims Workers Compensation Division PO Box 25971 Overland Park, KS 66225 | | - | | | Workers Comp claim for installer injured on job | | | | Unknown |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,485.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Restoration Warehouse, Inc.                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No.  Representing: AIG Domestic Claims | | | | Barry Ketter 111 W. Washington Suite 1000 Chicago, IL 60602-2800 | | | | |
| Account No.  Albany Door 5846 W. 66th Street Chicago, IL 60638 | | - | | 2008 Trade Debt | | | | 1,400.00 |
| Account No.  Allied Interstate 12655 N. Central Expressway Dallas, TX 75243 | | | | prior to 2009 Collections AIG West | | | | 4,055.00 |
| Account No.  Alside Supply Center 1470 Mark Street Elk Grove Village, IL 60007 | | - | | 2009 Trade Debt | | | | 170,000.00 |
| Account No.  Alside Supply Center 2500 Vantage Elgin, IL 60124 | | - | | prior to 2009 Trade Debt | | | | 25,000.00 |

Sheet no. _2_ of _25_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

200,455.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    Restoration Warehouse, Inc.                                      ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 677278-0209 <br><br> Answer National <br> PO Box 807 <br> Glen Ellyn, IL 60138 | | - | | | prior to 2009 <br> Answering Service | | | | 484.00 |
| Account No. 630-852-9600-222-3 <br><br> AT & T <br> P.O. Box 8100 <br> Aurora, IL 60507-8100 | | - | | | prior to 2009 <br> Phone Service | | | | 20,000.00 |
| Account No. <br><br> Representing: <br> AT & T | | | | | Alliant Law Group <br> 1000 Abernathy Rd. <br> Bldg 400, Suite 165 <br> Atlanta, GA 30328 | | | | |
| Account No. <br><br> Aussie Construction <br> 1122 Hinsbrook <br> Darien, IL 60561 | | - | | | 2009 <br> Installer | | | | 8,000.00 |
| Account No. 0230319694 <br><br> Bank of America <br> PO Box 2864 <br> Transaction Processing CT2-515-BB-1 <br> Hartford, CT 06101-8715 | X | - | | | prior to 2009 <br> Business line of credit | | | | 22,850.00 |

Sheet no. _3_ of _25_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,334.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Restoration Warehouse, Inc. _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Bell, LLC<br>1411 N. Westshore<br>PO Box 24538<br>Tampa, FL 33623 | - | | | prior to 2009<br>Collection - State farm | | | | 693.00 |
| Account No.<br><br>Biars, Ann<br>249 Mohawk<br>Bensenville, IL 60106 | - | | | 2009<br>Possible lien against homeowners property by subcontractor for unpaid labor | | | | Unknown |
| Account No.<br><br>Bock, Jeff and Rene<br>6 South 071 Hyacinth Court<br>Naperville, IL 60540 | - | | | 2009<br>Possible lien against homeowners property by subcontractor for unpaid labor | | | | Unknown |
| Account No.<br><br>Bolda, Nicole<br>8031 South 83rd<br>Justice, IL 60458 | - | | | 2009<br>Possible lien against homeowners property by subcontractor for unpaid labor | | | | Unknown |
| Account No. 2009 OV 006346<br><br>Bolingbrook Police Department<br>375 West Briarcliff Road<br>Bolingbrook, IL 60440-0951 | - | | | 2009<br>Building code violations | | | | 2,000.00 |

Sheet no. __4__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,693.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Restoration Warehouse, Inc.                                      ,            Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Brothers Gutters<br>6224 W. 54th Street<br>Chicago, IL 60638 | - | | Trade Debt | | | | 12,000.00 |
| Account No.<br><br>Canciari, Rose and Tony<br>251 Benard<br>Addison, IL 60101 | - | | 2009<br>Breach of contract | | | | Unknown |
| Account No.<br><br>Carroll, Kay<br>2 Atrium<br>Elmhurst, IL 60126 | - | | 2009<br>Breach of contract | | | | 5,000.00 |
| Account No. xxxx4309<br><br>Certegy Payment Recovery<br>11601 Roosevelt Blvd.<br>Saint Petersburg, FL 33716 | - | | 11/2007<br>Collection - Office max, Home Depot | | | | 200.76 |
| Account No.<br><br>Representing:<br>Certegy Payment Recovery | | | Bennett Law<br>10542 S. Jordan Gateway<br>Suite 200<br>South Jordan, UT 84095 | | | | |

Sheet no. __5___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                17,200.76

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Restoration Warehouse, Inc.                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 | | | | |
| Chandler, Reed & Stephanie 406 S. Harrison Batavia, IL 60510 | - | | | Breach of contract | | | | Unknown |
| Account No. 4246-3151-2050-5282 | | | | 2005 through 2009 | | | | |
| Chase P.O. Box 15298 Wilmington, DE 19850-5298 | - | | | Credit purchases | | | | 6,990.00 |
| Account No. | | | | 2009 | | | | |
| Classic Exterior Repairs, Ltd. Attn: Sabas Guitierrez 4 North 211 Briar Lane Bensenville, IL 60106 | - | | | Installer | | | | 8,000.00 |
| Account No. | | | | prior to 2009 | | | | |
| Collection Bureau of America PO Box 5013 Hayward, CA 94540-5013 | - | | | Collection for AT & T  SBC | | | | 11,198.00 |
| Account No. 67702 9704 | | | | Utility | | | | |
| ComEd P.O. Box 6111 Carol Stream, IL 60197-9515 | - | | | | | | | 428.00 |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    26,616.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Restoration Warehouse, Inc.                                    ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | prior to 2009 Installation Services | | | | |
| CRJ Exterior 126 Maxon Lane Streamwood, IL 60107 | - | | | | | | | 10,000.00 |
| Account No. | | | | 2009 NSF Check | | | | |
| Elmhurst Currency Exchange 683 W North Ave Elmhurst, IL 60126 | - | | | | | | | 2,000.00 |
| Account No. | | | | 2009 Car Rental | | | | |
| Enterprise Rent A Car 1712 Ogden Ave Lisle, IL 60532 | - | | | | | | | 500.00 |
| Account No. | | | | 2009 Installer | | | | |
| Fabien Construction 19 W. 127th Street Lemont, IL 60439 | - | | | | | | | 5,000.00 |
| Account No. | | | | 2009 Chargeback from Wells Fargo financial retail service | | | | |
| FAI Collect, Inc. 10 148th Ave. N.E. Bellevue, WA 98008-1148 | - | | | | | | | 8,356.00 |

Sheet no. __7__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,856.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Restoration Warehouse, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Lien against homeowners property by MV Remodeling for unpaid labor | | | | |
| Filipowicz, Beverly 144 W. Traube Downers Grove, IL 60515 | - | | | | | | | Unknown |
| Account No. | | | | Warranty claim | | | | |
| Fortner, Leah 1531 Maplewood Hanover Park, IL 60133 | - | | | | | | | Unknown |
| Account No. | | | | prior to 2009 Collections for Marek Stone | | | | |
| Frank Del Medico 2501 Des Plaines Ave Riverside, IL 60546 | - | | | | | | | Unknown |
| Account No. | | | | prior to 2009 warranty work | | | | |
| Furches, Garnett 233 Bristol Ct Bolingbrook, IL 60440 | - | | | | X | | X | 1,000.00 |
| Account No. | | | | prior to 2009 Collections | | | | |
| GC Services Limited Partnership 6330 Gulfton Suite 400 Houston, TX 77081 | - | | | | | | | Unknown |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Restoration Warehouse, Inc.                                      ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Installer | | | | |
| Govella Construction 3720 Harrison Brookfield, IL 60513 | - | | | | | | | 20,000.00 |
| Account No. | | | | 2009 Court costs | | | | |
| Groth, Dwight & Cheryl 206 Hamilton Wheaton, IL 60189 | - | | | | | | | 260.00 |
| Account No. | | | | Hipp 1026 Prairie Aurora, IL 60506 | | | | |
| Representing: Groth, Dwight & Cheryl | | | | | | | | |
| Account No. 2999106165 | | | | Revolving Overdraft protection | | | | |
| Harris Bank 111 West Monroe Street Chicago, IL 60606 | - | | | | | | | 2,500.00 |
| Account No. | | | | Lien against homeowners property by Richards Building Supply for unpaid material | | | | |
| Home Owner 1014 Oakland Streamwood, IL 60107 | - | | | | | | | 2,843.00 |

Sheet no. __9__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,603.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     Restoration Warehouse, Inc.                             ,     Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** Home Owner 1 S. 311 Euclid Villa Park, IL 60181 | - | | | | Lien against homeowners property by Richards Building Supply for unpaid material | | | | 5,850.00 |
| **Account No.** Home Owner 21 Hampton Montgomery, IL 60538 | - | | | | Lien against homeowners property by Richards Building Supply for unpaid material | | | | 1,431.00 |
| **Account No.** Homeowner 132 Pacific Bolingbrook, IL 60440 | - | | | | Lien against homeowners property by Richards Building Supply for unpaid material | | | | 1,828.00 |
| **Account No.** Illinois Workers Compensation 100 W. Randolph Street Suite 8-200 Chicago, IL 60601 | - | | | | prior to 2009 Workers Compensation Claim | | | | Unknown |
| **Account No.** Invergo, Anthony & Yvonne 129 S Chase Lombard, IL 60148 | - | | | | 12/4/2008 Lien against homeowners property by MV Remodeling for unpaid labor | | | | Unknown |

Sheet no. __10__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal (Total of this page)       9,109.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Restoration Warehouse, Inc.                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Warranty Work | | | | |
| Jordan, Everett 521 Pinebrook Lombard, IL 60148 | - | | | | | | | Unknown |
| Account No. | | | | 2009 Installer | | | | |
| Joseph Paluch 5828 W. 83rd Burbank, IL 60459 | - | | | | | | | 7,000.00 |
| Account No. | | | | prior to 2009 Collections for AT & T Yellow Pages | | | | |
| Joseph, Mann & Creed 20600 Chagrin Blvd. Suite 550 Shaker Heights, OH 44122-5340 | - | | | | | | | 4,643.00 |
| Account No. | | | | prior to 2009 Services | | | | |
| Jurdao, Jose 1776 Mimosa Court Glendale Heights, IL 60139 | - | | | | | | | 12,000.00 |
| Account No. | | | | Services | | | | |
| JV Construction 1823 S. 19th Ave. Maywood, IL 60153 | - | | | | | | | 1,200.00 |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      24,843.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

10/19/09  3:12PM

B6F (Official Form 6F) (12/07) - Cont.

In re   Restoration Warehouse, Inc.                                              ,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kadela, Ed<br>810 Melrose<br>New Lenox, IL 60451 | - | | | | 2009<br>Breach of contract | | | | Unknown |
| Account No.<br><br>Kaine Management, Inc<br>C/o 95th & Ridgeland Currency<br>6326 West 95th Street<br>Oak Lawn, IL 60453 | - | | | | NSF check | | | | 80.00 |
| Account No.<br><br>Keay & Costello<br>128 S. County Farm Road<br>Wheaton, IL 60187 | - | | | | prior to 2009<br>Legal Services | | | | 696.00 |
| Account No.<br><br>Kelly, Steve and Lauren<br>594 Riedy<br>Lisle, IL 60532 | - | | | | 2009<br>Breach of contract | | | | Unknown |
| Account No.<br><br>Korkus, Marek<br>1215 Waterman<br>Arlington Heights, IL 60004 | - | | | | 2009<br>Installation services | | | | 4,500.00 |

Sheet no. __12__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,276.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Restoration Warehouse, Inc. _____,   Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 401119

Kramer & Associates
433 Hackensack Ave.
Hackensack, NJ 07601-6319 | | - | | prior to 2009
Collection for Great America Leasing Corp.
Leased Copier | | | | 3,748.00 |
| Account No.

Krzewicki, Krzysztof
3704 Hoffman St
Plano, IL 60545 | | - | | prior to 2009
Installation services & NSF Check | | | | 45,500.00 |
| Account No.

Representing:
Krzewicki, Krzysztof | | | | Law Office of Michael Poulakidas
346 N. Lake Street
Aurora, IL 60506 | | | | |
| Account No.

Kushnierz, Piotr
25 Whitney Way
Montgomery, IL 60538 | | - | | prior to 2009
Installation services & NSF Check | | | | 44,600.00 |
| Account No.

Representing:
Kushnierz, Piotr | | | | Law Office of Michael Poulakidas
346 N. Lake Street
Aurora, IL 60506 | | | | |

Sheet no. __13__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

93,848.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Restoration Warehouse, Inc.                                  ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | prior to 2009 Collections - Quill | | | | |
| Lathrope and Gage Franklin Square, Suite 1050 East 1300 Eye Street Washington, DC 20005 | | - | | | | | | | |
| | | | | | | | | | 732.00 |
| Account No. | | | | | prior to 2009 Collections Spark Energy | | | | |
| Law Offices of Mitchell N. Kay, P.C PO Box 2374 Chicago, IL 60690-2374 | | - | | | | | | | |
| | | | | | | | | | 1,895.00 |
| Account No. | | | | | prior to 2009 Legal services | | | | |
| Lyman & Nielsen, LLC 1301 W. 22nd Street Suite 914 Oak Brook, IL 60523 | | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 12/4/2008 Lien against homeowners property by MV Remodeling for unpaid labor | | | | |
| Martin, Kevin & Barbara 408 E Fullerton Glendale Heights, IL 60139 | | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Breach of Contract | | | | |
| May, Richard and Lori 1706 Burlington Lisle, IL 60532 | | - | | | | | | | |
| | | | | | | | | | Unknown |

Sheet no. __14__ of __25__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)       2,627.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Restoration Warehouse, Inc.                                                      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Services | | | | |
| Mendez, Ovidio 2382 Good Speed Lane, Apt. D Schaumburg, IL 60194 | - | | | | | | | | 4,000.00 |
| Account No. | | | | | prior to 2009 Collections | | | | |
| Michael Poulakidas 346 N. Lake Street Aurora, IL 60506 | - | | | | | | | | Unknown |
| Account No. | | | | | 2009 Breach of contract | | | | |
| Michelleto, Teresa 8331 W. 82nd Justice, IL 60458 | - | | | | | | | | Unknown |
| Account No. | | | | | 2009 Installation services | | | | |
| Morales 196 W. Schick Road Bloomingdale, IL 60108 | - | | | | | | | | Unknown |
| Account No. | | | | | 2009 Unpaid rent | | | | |
| Morgan Properties 2230 Wisconsin Ave Downers Grove, IL 60515 | X - | | | | | | | | Unknown |

Sheet no.  15  of  25  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Restoration Warehouse, Inc.                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Legal fees | | | | |
| Much Shelist 191 N. Wacker Drive Suite 1800 Chicago, IL 60606-1615 | - | | | | | | | 5,617.00 |
| Account No. | | | | prior to 2009 Trade Debt | | | | |
| MV Remodeling 833 Marshall Court Palatine, IL 60074 | - | | | | | | | 20,000.00 |
| Account No. | | | | 2009 Collection for ABC Supply - NSF check | | | | |
| National Check Trust 2811 Corporate Way Miramar, FL 33025 | - | | | | | | | 2,321.00 |
| Account No. 34602423 | | | | prior to 2009 Utility | | | | |
| Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | - | | | | | | | 666.34 |
| Account No. | | | | NCO Financial Systems 507 Prudential Road Horsham, PA 19044 | | | | |
| Representing: Nicor Gas | | | | | | | | |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,604.34

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Restoration Warehouse, Inc.                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Utility | | | | |
| Nicor Gas P.O. Box 310 Aurora, IL 60507 | - | | | | | | | 1,214.69 |
| Account No. | | | | prior to 2009 Printing Services | | | | |
| O'Brien Signs 541 Castle Bolingbrook, IL 60440 | - | | | | | | | 10,000.00 |
| Account No. | | | | prior to 2009 Collections | | | | |
| O'Rourke & Moody 55 W. Wacker Drive, Suite 1400 Chicago, IL 60601 | - | | | | | | | Unknown |
| Account No. | | | | prior to 2009 Breach of contract - lease | | | | |
| Oak Creek 948-980 Springer Drive Lombard, IL 60148 | - | | | | | | | 30,828.00 |
| Account No. | | | | Burke, Warren & MacKay Attn.  Kimberly Cloud 330 N Wabash, 22nd Floor Chicago, IL 60611-3607 | | | | |
| Representing: Oak Creek | | | | | | | | |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,042.69

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Restoration Warehouse, Inc. _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 Installation services | | | | |
| Paul's Remodeling & Service 8418 South 77th Ct. Bridgeview, IL 60455 | - | | | | | | | | 5,000.00 |
| Account No. | | | | | 2008 Warranty Work | | | | |
| Pauley, Robert 0 S 507 Forest Winfield, IL 60190 | - | | | | | | | | Unknown |
| Account No. | | | | | 2009 Installer | | | | |
| Pawlak, Marek 5131 W. Harrison Peoria, IL 61641 | - | | | | | | | | 5,000.00 |
| Account No. | | | | | prior to 2009 Warranty work | | | | |
| Pietrie, Joseph & Sheila 304 Village Melrose Park, IL 60164 | - | | | | | | | | Unknown |
| Account No. | | | | | 2009 Breach of contract | | | | |
| Price, Mary 10731 Royal Porthcrawl Naperville, IL 60564 | - | | | | | | | | Unknown |

Sheet no. __18__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    10,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Restoration Warehouse, Inc. _____,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No.<br><br>Prince, Patricia<br>8201 S Beloit<br>Bridgeview, IL 60455 | | - | | 12/4/08<br>Lien against homeowners property by MV Remodeling for unpaid labor | | | | Unknown |
| Account No.<br><br>Pro Home Services<br>799 Roosevelt<br>Glen Ellyn, IL 60137 | | - | | 2009<br>Installation services | | | | 4,000.00 |
| Account No.<br><br>Ramirez, Jose<br>211 Hastings<br>Poplar Grove, IL 61065 | | - | | 2009<br>Installation services | | | | 7,000.00 |
| Account No.<br><br>Richards Building Supply Co.<br>869 S. Rohlwing Road<br>Addison, IL 60101 | X | - | | prior to 2009<br>Trade Debt | | | | 102,940.00 |
| Account No.<br><br>Representing:<br>Richards Building Supply Co. | | | | Teller Levit & Silvertrust<br>11 East Adams Street<br>Chicago, IL 60603 | | | | |

Sheet no. __19__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   113,940.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Restoration Warehouse, Inc.                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Robert M. Wolfberg 300 N. Elizabeth Street Chicago, IL 60607 | - | | | prior to 2009 Collection for PLS Check Cashing Store | | | | 677.00 |
| Account No.  Sailer, Robert 1 South 285 Euclid Villa Park, IL 60181 | - | | | 2009 Lien against homeowners property by subcontractor for unpaid labor | | | | 7,000.00 |
| Account No.  Sam Construction 8006 South Oketo Bridgeview, IL 60455 | - | | | 2009 Installer | | | | Unknown |
| Account No.  Sandaval, Naomi 5 Cardinal Carpentersville, IL 60110 | - | | | 2009 Warranty Work | | | | Unknown |
| Account No.  Sandoval, Edgar and Noemi 4 Cardinal Carpentersville, IL 60110 | - | | | 2009 Warranty Service | | | | Unknown |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,677.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Restoration Warehouse, Inc.                                        ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Savino, Tony<br>1179 Elmwood Lane<br>Elk Grove Village, IL 60007 | | - | | | prior to 2009<br>Trade Debt | | | | 463.87 |
| Account No.<br><br>Scearce, Kathleen<br>218 Westley Ct.<br>Bolingbrook, IL 60440 | | - | | | Breach of contract | | X | X | Unknown |
| Account No.<br><br>Schmith, Jeremy and Beatrice<br>6 Swallow<br>Woodridge, IL 60517-1717 | | - | | | 2009<br>Warranty work | | | | Unknown |
| Account No.<br><br>Sepyta, Dan<br>622 Dupont<br>Elk Grove Village, IL 60007 | | - | | | 2009<br>Breach of contract | | | | Unknown |
| Account No. xxxxx9501<br><br>Solberg and Kennedy<br>Attn:  David Carlin<br>5320 N. 16th Street, Suite 205<br>Phoenix, AZ 85016 | X | - | | | 2009<br>Collection for Safeco Contractors bond - claim by Village of Bollingbrook | | | | 6,035.00 |

Sheet no.  _21_ of  _25_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,498.87

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Restoration Warehouse, Inc.                                                        ,      Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Suydan, Richard and Denise <br> 301 Montgomery <br> Bolingbrook, IL 60440 | - | | Lien against homeowners property by subcontractor for unpaid labor | | | | Unknown |
| Account No. <br><br> Swisher & Walker Financial Group <br> 2150 Manchester Road <br> Wheaton, IL 60187 | - | | prior to 2009 <br> Accounting services | | | | 4,000.00 |
| Account No. <br><br> Trans Union LLC <br> PO Box 99506 <br> Chicago, IL 60693-9506 | - | | prior to 2009 <br> Collections | | | | Unknown |
| Account No. 102831 <br><br> Transworld Systems <br> 9525 Sweet Valley Drive <br> Cleveland, OH 44125 | - | | 2009 <br> Insurance Premium | | | | 196.00 |
| Account No. <br><br> Representing: <br> Transworld Systems | | | Transworld Systems <br> f/k/a NCO Financial <br> 507 Prudential Road <br> Horsham, PA 19044 | | | | |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,196.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Restoration Warehouse, Inc. _____,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Tri State Roofing & Siding<br>9630 S. 76th Ave.<br>Hickory Hills, IL 60457 | X | - | | prior to 2009<br>Trade Debt | | | | 25,000.00 |
| Account No.<br><br>Representing:<br>Tri State Roofing & Siding | | | | Teller Levit & Silvertrust<br>11 East Adams Street<br>Chicago, IL 60603 | | | | |
| Account No.<br><br>Viar, Julian & Anna<br>623 Easy Street<br>Glendale Heights, IL 60139 | | - | | 2009<br>Breach of contract | | | | Unknown |
| Account No.<br><br>Village of Brookfield<br>8820 Brookfield<br>Brookfield, IL 60513 | | - | | 2009<br>Permits | | | | 200.00 |
| Account No.<br><br>Wagner,Falconer & Judd<br>Attn: Daniel Reich<br>325 N. Corporate Drive, Suite 100<br>Brookfield, WI 53045 | | - | | prior to 2009<br>Collections | | | | Unknown |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      25,200.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Restoration Warehouse, Inc.                                                    ,        Case No. _____
                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Walters, Michelle <br> 1778 Montrose <br> Aurora, IL 60503 | - | | | 2009 <br> Warranty Work | | | | Unknown |
| Account No. <br><br> Ward, Henrietta <br> 14 Iowa <br> Joliet, IL 60433 | - | | | prior to 2009 <br> possible lien against homeowners property by manufacturer | | | | Unknown |
| Account No. <br><br> Weidner, August <br> 3602 Oriole <br> Rolling Meadows, IL 60008 | - | | | 2009 <br> Possible ien against homeowners property by subcontractor for unpaid labor | | | | Unknown |
| Account No. <br><br> Wells Fargo <br> 800 Walnut Street <br> Des Moines, IA 50309 | - | | | 2009 <br> Financing customer chargeback | | | | 1,804.00 |
| Account No. <br><br> Wilhelm, M <br> 61 South Lodge <br> Lombard, IL 60148 | - | | | Lien against homeowners property by Richards Building Supply for unpaid material | | | | 1,213.00 |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,017.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Restoration Warehouse, Inc. _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | | Breach of contract | | | | |
| Wingard, James & Karen 177 Mohawk Carol Stream, IL 60188 | | | | | | | X | X | Unknown |
| Account No. | | - | | | Lien against homeowners property by subcontractor for unpaid labor | | | | |
| Wojciak, Patricia 8201 S. Beloit Bridgeview, IL 60455 | | | | | | | | | Unknown |
| Account No. | | | | | Law Office of Gail M. O'Connor 30 N. LaSalle Suite 2340 Chicago, IL 60602 | | | | |
| Representing: Wojciak, Patricia | | | | | | | | | |
| Account No. | | - | | | Prior to 2009 Breach of Contract - Lease | | | | |
| Zafar, Zainab CB Richard Ellis 580 Waters Edge, Suite 220 Lombard, IL 60148 | | | | | | | | | Unknown |
| Account No. | | | | | Burke, Warren & MacKay Attn. Kimberly Cloud 330 N Wabash, 22nd Floor Chicago, IL 60611-3607 | | | | |
| Representing: Zafar, Zainab | | | | | | | | | |

Sheet no. __25__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

Total
(Report on Summary of Schedules)     803,227.66

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    Restoration Warehouse, Inc.                                    ,     Case No. _____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Morgan Properties<br>2230 Wisconsin Ave<br>Downers Grove, IL 60515 | Business Office Lease - expires 4/2011 |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                              Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    Restoration Warehouse, Inc.                                                          Case No. _____
                                                                           ,
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Scott A. Minton<br>5525 Lee<br>Downers Grove, IL 60515 | Morgan Properties<br>2230 Wisconsin Ave<br>Downers Grove, IL 60515 |
| Scott A. Minton<br>5525 Lee<br>Downers Grove, IL 60515 | Richards Building Supply Co.<br>869 S. Rohlwing Road<br>Addison, IL 60101 |
| Scott A. Minton<br>5525 Lee<br>Downers Grove, IL 60515 | Tri State Roofing & Siding<br>9630 S. 76th Ave.<br>Hickory Hills, IL 60457 |
| Scott A. Minton<br>5525 Lee<br>Downers Grove, IL 60515 | Bank of America<br>PO Box 2864<br>Transaction Processing CT2-515-BB-1<br>Hartford, CT 06101-8715 |
| Scott A. Minton<br>5525 Lee<br>Downers Grove, IL 60515 | Solberg and Kennedy<br>Attn: David Carlin<br>5320 N. 16th Street, Suite 205<br>Phoenix, AZ 85016 |

 0

_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Restoration Warehouse, Inc.                                          Case No.
                                                        Debtor(s)    Chapter    7


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___39___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date   October 19, 2009                           Signature    /s/ Scott A. Minton
                                                                Scott A. Minton
                                                                President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Restoration Warehouse, Inc.          Case No. _____

                   Debtor(s)        Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐     business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $246,131.00 | 2007: income |
| $958,738.00 | 2009 Gross revenue (through 8/31/2009) |
| $2,330,118.00 | 2008 Gross revenue |
| $1,559.00 | 2008 Income before taxes |
| $2,635.00 | 2009 Income before taxes (through 8/31/2009) |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Alside Supply Center 1470 Mark Street Elk Grove Village, IL 60007 | Various dates in July, 2009 | $18,492.00 | $170,000.00 |
| Alside Supply Center 1470 Mark Street Elk Grove Village, IL 60007 | Various dates in August, 2009 | $46,833.00 | $170,000.00 |
| Paluch, Joseph | 8/18/2009 | $6,009.00 | $0.00 |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Restoration Warehouse | July Cash Withdrawals | $117,055.00 | $0.00 |
| Restoration Warehouse | August Cash Withdrawals | $77,900.00 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Krzewicki & Kusnierz v. Minton and Restoration Warehouse 2008 AR 1888 | Breach of Contract | DuPage County Wheaton, IL | Pending |
| Krzewicki v.Restoration Warehouse 2008 SC 6338 | Collection | DuPage County Wheaton, IL | Judgment entered |
| Kusnierz v.  Restoration Warehouse 2008 SC 6337 | Collection | DuPage County Wheaton, IL | Judgment entered |
| Groth v. Restoration Warehouse 2009 SC  4724 | Consumer fraud | DuPage County Wheaton, IL | Judgment |
| Furches v. Restoration Warehouse 2008 Consc-00233253 | Consumer fraud | Administrative - Illinois Attorney General 100 W. Randolph Chicago, IL  60601 | Unknown |
| Tri State Roofing v. Restoration Warehouse and Minton 2007 M1 130594 | Breach of Contract | Cook County Daley Center | Judgment entered 5/13/2008 |
| Richards Building Supply v. Restoration Warehouse and Minton 2009 L 001089 | Breach of Contract | Cook County Daley Center | Judgment entered 8/10/2009 |
| M J Korkus, Inc. v. Minton & Restoration Warehouse 2009 SC 002324 | Breach of Contract | DuPage County Wheaton, IL | Pending |
| Restoration v. Reeves 06 CH 61 | Foreclose lien | DuPage County Wheaton, IL | Pending |
| Scearce v. Restoration Warehouse 2009 CONCS-250463 | Administrative - consumer fraud | Office of the Attorney General 100 W. Randolph Chicago, IL  60601 | Pending |
| Canciari v. Restoration Warehouse 2009 CONSC 00247819 | Administrative - consumer fraud | Office of the Attorney General 100 West Randolph Street Chicago, IL 60601 | Pending |
| Micheletto v. Restoration Warehouse 2009 CONSC - 00233609 | Administrative - consumer fraud | Office of the Attorney General 100 West Randolph Street Chicago, IL 60601 | Pending |
| AT & T Capital Services v. Restoration 08 M1 600089 | Collection | Cook County Daley Center | |
| Access One v. Restoration Warehouse 08 M1 110976 | Collection | Cook County Daley Center | |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

5

**9.  Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Joseph A. Baldi & Associates, P.C. 19 South LaSalle Street Suite 1500 Chicago, IL 60603 | 9/21/2009 - $4,000 8/25/2009 - $1,000 | |

**10.  Other transfers**

None
☐    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Groth, Dwight & Cheryl 206 Hamilton Wheaton, IL 60189   Customer | 9/21/2009 | $5,000 - paid to clear criminal complaint |

None
■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Scott Minton | 5525 Lee Street |
| | Downers Grove, IL 60515 |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                             DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST               PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| Scott A. Minton | President | 100% |
| 5525 Lee |  |  |
| Downers Grove, IL 60515 |  |  |

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                ADDRESS                          DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                            DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   October 19, 2009                          Signature   /s/ Scott A. Minton
                                                             Scott A. Minton
                                                             President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re    Restoration Warehouse, Inc.

Debtor(s)

Case No.

Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,701.00 |
| Prior to the filing of this statement I have received | $ | 4,701.00 |
| Balance Due | $ | 0.00 |

2.   $  299.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Adversary proceedings regarding discharge or dischargeability of debt

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>Dated:   October 19, 2009                    /s/ Donna B. Wallace<br>                                                Donna B. Wallace 6200260<br>                                                Joseph A. Baldi & Associates, P.C.<br>                                                19 South LaSalle Street<br>                                                Suite 1500<br>                                                Chicago, IL 60603<br>                                                312-726-8150  Fax: 312-332-4629<br>                                                jabaldi@ameritech.net |

# United States Bankruptcy Court
## Northern District of Illinois

In re   Restoration Warehouse, Inc.
_____
                                    Debtor(s)

Case No. _____
Chapter   7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 132

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   October 19, 2009
_____

/s/ Scott A. Minton
_____
Scott A. Minton/President
Signer/Title

AAA Expert Heating
2474 Wisconsin
Downers Grove, IL 60515


Abrams, Kaslow & Cassman, LLP
Attn: Christian R. Blunk
8712 W. Dodge Rd., Suite 300
Omaha, NE 68114


Access One
820 W. Jackson, 6th Floor
Chicago, IL 60607


Ace Overhead Door
20 W 480 Camden Drive
Downers Grove, IL 60516


Addleman, Steven
565 Cottonwood
Bolingbrook, IL 60440


Advanced Window Company
4935 W. Lemoyne
Chicago, IL 60651


AIG Domestic Claims
Workers Compensation Division
PO Box 25971
Overland Park, KS 66225


Albany Door
5846 W. 66th Street
Chicago, IL 60638


Alliant Law Group
1000 Abernathy Rd.
Bldg 400, Suite 165
Atlanta, GA 30328


Allied Interstate
12655 N. Central Expressway
Dallas, TX 75243

Alside Supply Center
1470 Mark Street
Elk Grove Village, IL 60007


Alside Supply Center
2500 Vantage
Elgin, IL 60124


Answer National
PO Box 807
Glen Ellyn, IL 60138


AT & T
P.O. Box 8100
Aurora, IL 60507-8100


Aussie Construction
1122 Hinsbrook
Darien, IL 60561


Bank of America
PO Box 2864
Transaction Processing CT2-515-BB-1
Hartford, CT 06101-8715


Barry Ketter
111 W. Washington
Suite 1000
Chicago, IL 60602-2800


Bell, LLC
1411 N. Westshore
PO Box 24538
Tampa, FL 33623


Bennett Law
10542 S. Jordan Gateway
Suite 200
South Jordan, UT 84095


Biars, Ann
249 Mohawk
Bensenville, IL 60106

Bock, Jeff and Rene
6 South 071 Hyacinth Court
Naperville, IL 60540


Bolda, Nicole
8031 South 83rd
Justice, IL 60458


Bolingbrook Police Department
375 West Briarcliff Road
Bolingbrook, IL 60440-0951


Brothers Gutters
6224 W. 54th Street
Chicago, IL 60638


Brown, Robert & Theresa
1895 Jamestown
Elgin, IL 60120


Burke, Warren & MacKay
Attn. Kimberly Cloud
330 N Wabash, 22nd Floor
Chicago, IL 60611-3607


Canciari, Rose and Tony
251 Benard
Addison, IL 60101


Carroll, Kay
2 Atrium
Elmhurst, IL 60126


Certegy Payment Recovery
11601 Roosevelt Blvd.
Saint Petersburg, FL 33716


Chandler, Reed & Stephanie
406 S. Harrison
Batavia, IL 60510


Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Classic Exterior Repairs, Ltd.
Attn: Sabas Guitierrez
4 North 211 Briar Lane
Bensenville, IL 60106


Collection Bureau of America
PO Box 5013
Hayward, CA 94540-5013


ComEd
P.O. Box 6111
Carol Stream, IL 60197-9515


CRJ Exterior
126 Maxon Lane
Streamwood, IL 60107


Elmhurst Currency Exchange
683 W North Ave
Elmhurst, IL 60126


Enterprise Rent A Car
1712 Ogden Ave
Lisle, IL 60532


Fabien Construction
19 W. 127th Street
Lemont, IL 60439


FAI Collect, Inc.
10 148th Ave. N.E.
Bellevue, WA 98008-1148


Filipowicz, Beverly
144 W. Traube
Downers Grove, IL 60515


Fortner, Leah
1531 Maplewood
Hanover Park, IL 60133


Frank Del Medico
2501 Des Plaines Ave
Riverside, IL 60546

Furches, Garnett
233 Bristol Ct
Bolingbrook, IL 60440


GC Services Limited Partnership
6330 Gulfton
Suite 400
Houston, TX 77081


GC Services Limited Partnership
6330 Gulfton
Houston, TX 77081


Govella Construction
3720 Harrison
Brookfield, IL 60513


Groth, Dwight & Cheryl
206 Hamilton
Wheaton, IL 60189


Harris Bank
111 West Monroe Street
Chicago, IL 60606


Hipp
1026 Prairie
Aurora, IL 60506


Home Owner
1014 Oakland
Streamwood, IL 60107


Home Owner
1 S. 311 Euclid
Villa Park, IL 60181


Home Owner
21 Hampton
Montgomery, IL 60538


Homeowner
132 Pacific
Bolingbrook, IL 60440

IDES - Bankruptcy Unit
33 S. State
Chicago, IL 60603


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60606


Illinois Workers Compensation
100 W. Randolph Street
Suite 8-200
Chicago, IL 60601


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn
Chicago, IL 60604


Invergo, Anthony & Yvonne
129 S Chase
Lombard, IL 60148


Jeffrey Sobek
10 S. Riverside Plaza, Suite 1800
Chicago, IL 60606-3801


Jordan, Everett
521 Pinebrook
Lombard, IL 60148


Joseph Paluch
5828 W. 83rd
Burbank, IL 60459


Joseph, Mann & Creed
20600 Chagrin Blvd.
Suite 550
Shaker Heights, OH 44122-5340


Jurdao, Jose
1776 Mimosa Court
Glendale Heights, IL 60139

JV Construction
1823 S. 19th Ave.
Maywood, IL 60153


Kadela, Ed
810 Melrose
New Lenox, IL 60451


Kaine Management, Inc
C/o 95th & Ridgeland Currency
6326 West 95th Street
Oak Lawn, IL 60453


Keay & Costello
128 S. County Farm Road
Wheaton, IL 60187


Kelly, Steve and Lauren
594 Riedy
Lisle, IL 60532


Korkus, Marek
1215 Waterman
Arlington Heights, IL 60004


Kramer & Associates
433 Hackensack Ave.
Hackensack, NJ 07601-6319


Krzewicki, Krzysztof
3704 Hoffman St
Plano, IL 60545


Kushnierz, Piotr
25 Whitney Way
Montgomery, IL 60538


Lathrope and Gage
Franklin Square, Suite 1050 East
1300 Eye Street
Washington, DC 20005

Law Office of Gail M. O'Connor
30 N. LaSalle
Suite 2340
Chicago, IL 60602


Law Office of Michael Poulakidas
346 N. Lake Street
Aurora, IL 60506


Law Offices of Mitchell N. Kay, P.C
PO Box 2374
Chicago, IL 60690-2374


Lyman & Nielsen, LLC
1301 W. 22nd Street
Suite 914
Oak Brook, IL 60523


Martin, Kevin & Barbara
408 E Fullerton
Glendale Heights, IL 60139


May, Richard and Lori
1706 Burlington
Lisle, IL 60532


Mendez, Ovidio
2382 Good Speed Lane, Apt. D
Schaumburg, IL 60194


Michael Poulakidas
346 N. Lake Street
Aurora, IL 60506


Michelleto, Teresa
8331 W. 82nd
Justice, IL 60458


Morales
196 W. Schick Road
Bloomingdale, IL 60108


Morgan Properties
2230 Wisconsin Ave
Downers Grove, IL 60515

Much Shelist
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606-1615


MV Remodeling
833 Marshall Court
Palatine, IL 60074


National Check Trust
2811 Corporate Way
Miramar, FL 33025


NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


Nicor Gas
Attention: Bankruptcy Department
1844 Ferry Road
Naperville, IL 60507


Nicor Gas
P.O. Box 310
Aurora, IL 60507


O'Brien Signs
541 Castle
Bolingbrook, IL 60440


O'Rourke & Moody
55 W. Wacker Drive, Suite 1400
Chicago, IL 60601


Oak Creek
948-980 Springer Drive
Lombard, IL 60148


Paul's Remodeling & Service
8418 South 77th Ct.
Bridgeview, IL 60455


Pauley, Robert
0 S 507 Forest
Winfield, IL 60190

Pawlak, Marek
5131 W. Harrison
Peoria, IL 61641


Pietrie, Joseph & Sheila
304 Village
Melrose Park, IL 60164


Price, Mary
10731 Royal Porthcrawl
Naperville, IL 60564


Prince, Patricia
8201 S Beloit
Bridgeview, IL 60455


Pro Home Services
799 Roosevelt
Glen Ellyn, IL 60137


Ramirez, Jose
211 Hastings
Poplar Grove, IL 61065


Richards Building Supply Co.
869 S. Rohlwing Road
Addison, IL 60101


Robert M. Wolfberg
300 N. Elizabeth Street
Chicago, IL 60607


Sailer, Robert
1 South 285 Euclid
Villa Park, IL 60181


Sam Construction
8006 South Oketo
Bridgeview, IL 60455


Sandaval, Naomi
5 Cardinal
Carpentersville, IL 60110

Sandoval, Edgar and Noemi
4 Cardinal
Carpentersville, IL 60110


Savino, Tony
1179 Elmwood Lane
Elk Grove Village, IL 60007


Scearce, Kathleen
218 Westley Ct.
Bolingbrook, IL 60440


Schmith, Jeremy and Beatrice
6 Swallow
Woodridge, IL 60517-1717


Scott A. Minton
5525 Lee
Downers Grove, IL 60515


Sepyta, Dan
622 Dupont
Elk Grove Village, IL 60007


Solberg and Kennedy
Attn: David Carlin
5320 N. 16th Street, Suite 205
Phoenix, AZ 85016


Suydan, Richard and Denise
301 Montgomery
Bolingbrook, IL 60440


Swisher & Walker Financial Group
2150 Manchester Road
Wheaton, IL 60187


Teller Levit & Silvertrust
11 East Adams Street
Chicago, IL 60603


Trans Union LLC
PO Box 99506
Chicago, IL 60693-9506

Transworld Systems
9525 Sweet Valley Drive
Cleveland, OH 44125


Transworld Systems
f/k/a NCO Financial
507 Prudential Road
Horsham, PA 19044


Tri State Roofing & Siding
9630 S. 76th Ave.
Hickory Hills, IL 60457


Viar, Julian & Anna
623 Easy Street
Glendale Heights, IL 60139


Village of Brookfield
8820 Brookfield
Brookfield, IL 60513


Volant, Gina
517 Rambler
Streamwood, IL 60107


Wagner,Falconer & Judd
Attn: Daniel Reich
325 N. Corporate Drive, Suite 100
Brookfield, WI 53045


Walters, Michelle
1778 Montrose
Aurora, IL 60503


Ward, Henrietta
14 Iowa
Joliet, IL 60433


Weidner, August
3602 Oriole
Rolling Meadows, IL 60008


Wells Fargo
800 Walnut Street
Des Moines, IA 50309

Wilhelm, M
61 South Lodge
Lombard, IL 60148


Wingard, James & Karen
177 Mohawk
Carol Stream, IL 60188


Wojciak, Patricia
8201 S. Beloit
Bridgeview, IL 60455


Zafar, Zainab
CB Richard Ellis
580 Waters Edge, Suite 220
Lombard, IL 60148

# United States Bankruptcy Court
### Northern District of Illinois

In re   Restoration Warehouse, Inc.

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Restoration Warehouse, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 19, 2009

Date

/s/ Donna B. Wallace

Donna B. Wallace 6200260
Signature of Attorney or Litigant
Counsel for   Restoration Warehouse, Inc.
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street
Suite 1500
Chicago, IL 60603
312-726-8150 Fax:312-332-4629
jabaldi@ameritech.net