# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RESTORATION WAREHOUSE, INC.   §   Case No. 09-39059
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/19/2009 . The undersigned trustee was appointed on 10/19/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $       8,653.49

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 38.98 |
   | Bank service fees | 608.50 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 8,006.01 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was  12/14/2010  and the deadline for filing governmental claims was  12/14/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,615.35 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,615.35 , for a total compensation of $ 1,615.35 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 17.46 , for total expenses of $ 17.46 [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 06/01/2016               By: /s/GINA B. KROL
              Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-39059 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | RESTORATION WAREHOUSE, INC. | | | Date Filed (f) or Converted (c): | 10/19/09 (f) |
| | | | | 341(a) Meeting Date: | 12/01/09 |
| For Period Ending: 06/01/16 | (14th reporting period for this case) | | | Claims Bar Date: | 12/14/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Harris Bank Account ending in 31 (balance on filin | 150.00 | 0.00 | | 0.00 | FA |
| 2. Due from Matthew & Joan Holuj | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Restoration v. Reeves - suit for $20,000 (debtor o | 10,000.00 | 7,775.00 | | 7,775.00 | FA |
| 4. Debra & Fernando Villalpando 6116 Leonard Downers | 20,000.00 | 0.00 | | 0.00 | FA |
| 5. Edwina & Patrick McGlothlin 1739 Lombard Ct. Glend | 12,820.00 | 0.00 | | 0.00 | FA |
| 6. Brian Shelton & Theresa Daniels 4412 Grove Ave Stc | Unknown | 875.00 | | 875.00 | FA |
| 7. Michael Naida 225 Lexington Bolingbrook, IL 60440 | 3,950.00 | 0.00 | | 0.00 | FA |
| 8. Darren Delia 434 S. Harvard Addison, IL 60101 | 7,500.00 | 0.00 | | 0.00 | FA |
| 9. Emma Harrison 243 Farragut Park Forest, IL 60466 | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Referral / Leads List | Unknown | 0.00 | | 0.00 | FA |
| 11. TV, Computers, Desk | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.49 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $59,420.00 | $8,650.00 | | $8,653.49 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for review April 29, 2016, 11:24 am

Trustee is working on claims objections
October 07, 2015, 11:26 am

Case 09-39059　Doc 32　Filed 06/02/16　Entered 06/02/16 15:33:35　Desc Main
　　　　　　　　　　　Document　　　　Page 4 of 19

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 09-39059　DRC　Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | RESTORATION WAREHOUSE, INC. | Date Filed (f) or Converted (c): | 10/19/09 (f) |
| | | 341(a) Meeting Date: | 12/01/09 |
| | | Claims Bar Date: | 12/14/10 |

Trustee must file several objections to claims. Will then prepare TFR

October 21, 2014, 01:05 pm

Trustee to file TFR

October 17, 2013, 02:37 pm

Initial Projected Date of Final Report (TFR): 12/31/11　　Current Projected Date of Final Report (TFR): 03/31/16

　　/s/　GINA B. KROL
_____　Date: 06/01/16
　　GINA B. KROL

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-39059 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | RESTORATION WAREHOUSE, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0287  Checking Account |
| Taxpayer ID No: | *******4373 | | |
| For Period Ending: | 06/01/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 8,520.76 | | 8,520.76 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.25 | 8,515.51 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.43 | 8,510.08 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.25 | 8,504.83 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.42 | 8,499.41 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.63 | 8,486.78 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 7.35 | 8,479.43 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.39 | 8,468.04 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.59 | 8,455.45 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.16 | 8,443.29 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.55 | 8,430.74 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.13 | 8,418.61 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.52 | 8,406.09 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.50 | 8,393.59 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.08 | 8,381.51 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.46 | 8,369.05 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.04 | 8,357.01 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.42 | 8,344.59 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.41 | 8,332.18 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.19 | 8,320.99 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 7.33 | 8,313.66 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.37 | 8,301.29 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.95 | 8,289.34 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.32 | 8,277.02 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 09-39059 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | RESTORATION WAREHOUSE, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0287  Checking Account |
| Taxpayer ID No: | *******4373 | | | |
| For Period Ending: | 06/01/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.91 | 8,265.11 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.29 | 8,252.82 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.27 | 8,240.55 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.86 | 8,228.69 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.23 | 8,216.46 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.82 | 8,204.64 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.20 | 8,192.44 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.18 | 8,180.26 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency 60 E. 42nd Street Room 965 New York, NY  10165 | | 2300-000 | | 4.67 | 8,175.59 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.98 | 8,164.61 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.14 | 8,152.47 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.73 | 8,140.74 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.10 | 8,128.64 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.69 | 8,116.95 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.07 | 8,104.88 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.05 | 8,092.83 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.64 | 8,081.19 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.01 | 8,069.18 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.61 | 8,057.57 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.98 | 8,045.59 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.96 | 8,033.63 |
| 02/18/16 | 030004 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 4.53 | 8,029.10 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.17 | 8,017.93 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.92 | 8,006.01 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 09-39059 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | RESTORATION WAREHOUSE, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0287 Checking Account |
| Taxpayer ID No: | *******4373 | | | |
| For Period Ending: | 06/01/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******0287 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 4 | Checks | 23.88 |
| 0 | Interest Postings | 0.00 | 43 | Adjustments Out | 490.87 |
| | Subtotal $ | 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total $ | 514.75 |
| 1 | Transfers In | 8,520.76 | | | |
| | Total $ | 8,520.76 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM2T4

Ver. 19.06a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-39059 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | RESTORATION WAREHOUSE, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0066 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4373 | | |
| For Period Ending: | 06/01/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 03/18/10 | | Brian Shelton | A/R | 1121-003 | 125.00 | | 125.00 |
| | | 4412 Grove Ave. | Account Receivable due Debtor | | | | |
| | | Stickney, IL 60140 | | | | | |
| 03/18/10 | 3 | Edgerton & Edgerton | A/R | 1121-000 | 7,775.00 | | 7,900.00 |
| | | 125 Wood St. | Account Receivable due Debtor | | | | |
| | | West Chicago, IL 60186 | | | | | |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 7,900.05 |
| * 04/05/10 | | Brian Shelton | A/R | 1121-003 | -125.00 | | 7,775.05 |
| | | 4412 Grove Ave. | Payment stopped by payor | | | | |
| | | Stickney, IL 60140 | | | | | |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,775.24 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 7,775.43 |
| 06/14/10 | 6 | Brian Shelton | A/R | 1121-000 | 375.00 | | 8,150.43 |
| | | 4412 Grove Ave. | Account Receivable due Debtor | | | | |
| | | Stickney, IL 60402 | | | | | |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,150.64 |
| 07/19/10 | 6 | Brian & Lisa Shelton | | 1121-000 | 125.00 | | 8,275.64 |
| | | 4412 Grove Ave. | | | | | |
| | | Stickney, IL 60402 | | | | | |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,275.84 |
| 08/16/10 | 6 | Brian Shelton | A/R | 1121-000 | 125.00 | | 8,400.84 |
| | | 4412 Grove Ave. | Account Receivable due Debtor | | | | |
| | | Stickney, IL 60402 | | | | | |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,401.06 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,401.27 |
| 10/18/10 | 6 | Brian Shelton | A/R | 1121-000 | 125.00 | | 8,526.27 |
| | | 4412 Grove Ave. | Account Receivable due Debtor | | | | |
| | | Stickney, IL 60402 | | | | | |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,526.48 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 8,526.69 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 09-39059 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | RESTORATION WAREHOUSE, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0066 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4373 | | | |
| For Period Ending: | 06/01/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/10 | 6 | Brian Shelton<br>4412 Grove Ave.<br>Stickney, IL 60402 | A/R<br>Account Receivable due Debtor | 1121-000 | 125.00 | | 8,651.69 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,651.91 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 8,652.13 |
| 02/07/11 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 7.34 | 8,644.79 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,644.86 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,644.93 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,645.00 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 8,645.08 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,645.15 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,645.22 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 8,645.30 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,645.37 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,645.44 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.01 | 8,634.43 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,634.50 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.65 | 8,623.85 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,623.92 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.63 | 8,613.29 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 8,613.37 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.30 | 8,602.07 |
| 02/06/12 | 000302 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 7.76 | 8,594.31 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,594.38 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.22 | 8,584.16 |

FORM 2

Page: 6

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-39059 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | RESTORATION WAREHOUSE, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0066  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4373 | | | |
| For Period Ending: | 06/01/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,584.23 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.55 | 8,573.68 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,573.75 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.89 | 8,562.86 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,562.93 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.88 | 8,552.05 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,552.12 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.16 | 8,541.96 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,542.03 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.20 | 8,530.83 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,530.90 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 10.14 | 8,520.76 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 8,520.76 | 0.00 |

| | Account *******0066 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 8 | Deposits | 8,650.00 | 2 | Checks | 15.10 |
| | 30 | Interest Postings | 3.49 | 11 | Adjustments Out | 117.63 |
| | | | | 1 | Transfers Out | 8,520.76 |
| | | Subtotal | $ 8,653.49 | | | |
| | | | | | Total | $ 8,653.49 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 8,653.49 | | | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 09-39059 -DRC | Trustee Name: GINA B. KROL |
| Case Name: RESTORATION WAREHOUSE, INC. | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: *******0066 Money Market Account (Interest Earn |
| Taxpayer ID No: *******4373 | |
| For Period Ending: 06/01/16 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | | |
| | 8 | Deposits | 8,650.00 | 6 | Checks | 38.98 |
| | 30 | Interest Postings | 3.49 | 54 | Adjustments Out | 608.50 |
| | | | | 1 | Transfers Out | 8,520.76 |
| | | Subtotal | $ 8,653.49 | | | |
| | | | | | Total | $ 9,168.24 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 8,520.76 | | | |
| | | Total | $ 17,174.25 | | Net Total Balance | $ 8,006.01 |

Trustee's Signature: /s/ GINA B. KROL  Date: 06/01/16
GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*
LFORM2T4

Ver. 19.06a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 01, 2016 |
|---|---|---|---|---|---|---|
| Case Number: 09-39059 | | Priority Sequence | | | | |
| Debtor Name: RESTORATION WAREHOUSE, INC. | | | Joint Debtor: | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | GINA B. KROL<br>105 W. Adams Street<br>31st Floor<br>Chicago, IL 60606 | Administrative | | $0.00 | $1,632.81 | $1,632.81 |
| 001<br>3110-00 | COHEN & KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,626.68 | $2,626.68 |
| 0000015<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-3058 | Priority | | $0.00 | $4,018.00 | $4,018.00 |
| 000001B<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $0.00 | $9,301.84 | $9,301.84 |
| 000001A<br>050<br>4110-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Secured | Per Trustee's request; proof provided of llien filed 7/23/08 | $0.00 | $1,519.68 | $1,519.68 |
| 000002<br>070<br>7100-00 | MUCH SHELIST<br>Colleen E, McManus<br>c/o Much Shelist Denenberg Ament &Rubenstein, P.C.<br>191 N Wacker Dr. Ste 1800<br>Chicago, IL 60606 | Unsecured | | $0.00 | $6,697.05 | $6,697.05 |
| 000003<br>070<br>7100-00 | Richards Building Supply Co.<br>c/o Teller Levit & Silvertrust PC<br>11 E Adams St #800<br>Chicago, IL 60603 | Unsecured | | $0.00 | $102,940.71 | $102,940.71 |
| 000004<br>070<br>7100-90 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $7,429.73 | $7,429.73 |
| 000005<br>070<br>7100-00 | Savino, Tony<br>1179 Elmwood Lane<br>Elk Grove Village, IL 60007 | Unsecured | | $0.00 | $463.87 | $463.87 |
| 000006<br>070<br>7100-00 | Korkus, Marek<br>1215 Waterman<br>Arlington Heights, IL 60004 | Unsecured | AMENDED CLAIM PER ORDER OF 3/4/16 ALLOWED AS UNSECURED CLAIM<br>need to object to priority claim.  not an employee | $0.00 | $4,500.00 | $4,500.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 01, 2016 |

Case Number:   09-39059  
Debtor Name:   RESTORATION WAREHOUSE, INC.  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | Millvenia Stiff<br>21 Hampton<br>Montgomery, IL 60538 | Unsecured | ALLOWED AS UNSECURED CLAIM PER ORDER OF MARCH 4, 2016<br><br>need to object. not a priority claim. Contracted with debtor. Debtor never paid for materials. Creditor had to pay for materials. | $0.00 | $800.00 | $800.00 |
| 000008<br>070<br>7100-00 | Fortner, Leah<br>1531 Maplewood<br>Hanover Park, IL 60133 | Unsecured | | $0.00 | $31,370.00 | $31,370.00 |
| 000009<br>070<br>7100-00 | Suydan, Richard and Denise<br>301 Monterey Dr<br>Bolingbrook, IL 60440-2046 | Unsecured | | $0.00 | $4,991.15 | $4,991.15 |
| 000010<br>070<br>7100-00 | Brothers Gutters<br>6224 W. 54th Street<br>Chicago, IL 60638 | Unsecured | need to object. not a priority claim. obligation for materials sold to debtor. | $0.00 | $10,132.37 | $10,132.37 |
| 000011<br>070<br>7100-00 | New Hampshire Insurance Co entities<br>Chartis US Michelle A Levitt<br>175 Water St 18th floor<br>New York, NY 10038 | Unsecured | | $0.00 | $3,963.00 | $3,963.00 |
| 000012<br>070<br>7100-00 | Wingard, James & Karen<br>177 Mohawk<br>Carol Stream, IL 60188 | Unsecured | | $0.00 | $16,000.00 | $16,000.00 |
| 000013<br>070<br>7100-00 | Wilhelm, Margaret N<br>61 South Lodge<br>Lombard, IL 60148 | Unsecured | | $0.00 | $1,841.62 | $1,841.62 |
| 000001C<br>080<br>7300-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Unsecured | | $0.00 | $410.00 | $410.00 |
| 000014<br>080<br>7200-00 | Ramirez, Jose<br>211 Hastings Way<br>Poplar Grove, IL 61065 | Unsecured | need to object. not an employee (sub-contractor). late | $0.00 | $6,987.75 | $6,987.75 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $0.00 | $29.78 | $29.78 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $9.20 | $9.20 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 01, 2016 |
|---|---|---|---|---|---|---|
| Case Number: | 09-39059 | Priority Sequence | | | | |
| Debtor Name: | RESTORATION WAREHOUSE, INC. | | Joint Debtor: | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| | Case Totals: | | | $0.00 | $217,665.24 | $217,665.24 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-39059
Case Name: RESTORATION WAREHOUSE, INC.
Trustee Name: GINA B. KROL

| | Balance on hand | $ | 8,006.01 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ 1,519.68 | $ 1,519.68 | $ 0.00 | $ 1,519.68 |

| | Total to be paid to secured creditors | $ | 1,519.68 |
| | Remaining Balance | $ | 6,486.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 1,615.35 | $ 0.00 | $ 1,615.35 |
| Trustee Expenses: GINA B. KROL | $ 17.46 | $ 0.00 | $ 17.46 |
| Attorney for Trustee Fees: COHEN & KROL | $ 2,587.50 | $ 0.00 | $ 2,587.50 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 39.18 | $ 0.00 | $ 39.18 |
| Other: International Sureties Ltd. | $ 29.78 | $ 29.78 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 9.20 | $ 9.20 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses      $     4,259.49

    Remaining Balance      $     2,226.84

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 13,319.84 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000001B | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ 9,301.84 | $ 0.00 | $ 1,555.10 |
| 0000015 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-3058 | $ 4,018.00 | $ 0.00 | $ 671.74 |

    Total to be paid to priority creditors      $     2,226.84

    Remaining Balance      $     0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 191,129.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | MUCH SHELIST<br>Colleen E, McManus<br>c/o Much Shelist<br>Denenberg Ament<br>&Rubenstein, P.C.<br>191 N Wacker Dr. Ste 1800<br>Chicago, IL 60606 | $ 6,697.05 | $ 0.00 | $ 0.00 |
| 000003 | Richards Building Supply Co.<br>c/o Teller Levit & Silvertrust PC<br>11 E Adams St #800<br>Chicago, IL 60603 | $ 102,940.71 | $ 0.00 | $ 0.00 |
| 000004 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ 7,429.73 | $ 0.00 | $ 0.00 |
| 000005 | Savino, Tony<br>1179 Elmwood Lane<br>Elk Grove Village, IL 60007 | $ 463.87 | $ 0.00 | $ 0.00 |
| 000006 | Korkus, Marek<br>1215 Waterman<br>Arlington Heights, IL 60004 | $ 4,500.00 | $ 0.00 | $ 0.00 |
| 000007 | Millvenia Stiff<br>21 Hampton<br>Montgomery, IL 60538 | $ 800.00 | $ 0.00 | $ 0.00 |
| 000008 | Fortner, Leah<br>1531 Maplewood<br>Hanover Park, IL 60133 | $ 31,370.00 | $ 0.00 | $ 0.00 |
| 000009 | Suydan, Richard and Denise<br>301 Monterey Dr<br>Bolingbrook, IL 60440-2046 | $ 4,991.15 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Brothers Gutters<br>6224 W. 54th Street<br>Chicago, IL 60638 | $ 10,132.37 | $ 0.00 | $ 0.00 |
| 000011 | New Hampshire Insurance Co entities<br>Chartis US Michelle A Levitt<br>175 Water St 18th floor<br>New York, NY 10038 | $ 3,963.00 | $ 0.00 | $ 0.00 |
| 000012 | Wingard, James & Karen<br>177 Mohawk<br>Carol Stream, IL 60188 | $ 16,000.00 | $ 0.00 | $ 0.00 |
| 000013 | Wilhelm, Margaret N<br>61 South Lodge<br>Lombard, IL 60148 | $ 1,841.62 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors         $           0.00

Remaining Balance                                              $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 6,987.75 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | Ramirez, Jose<br>211 Hastings Way<br>Poplar Grove, IL 61065 | $ 6,987.75 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors          $           0.00

Remaining Balance                                              $           0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 410.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001C | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ 410.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |