IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Restoration Warehouse, Inc.** | ) | No. 09 B 39059 |
| | ) | |
| Debtor(s). | ) | |

### PROOF OF SERVICE

TO:   See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on June 3, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                          BY:/s/ Gina B. Krol
                                                              Ch 7 Bankruptcy Trustee

Service List:

Illinois Dept of Employment Security
Attn: Bankruptcy Unit – 10th Flr
33 South State Street
Chicago, IL   60603

Much Shelist
Colleen E. McManus
c/o Much Shelist Denenberg et al
191 N Wacker Drive, Ste 1800
Chicago, IL   60606

Richards Building Supply Co.
c/o Teller Levit & Silvertrust PC
11 E. Adams St, #800
Chicago, IL   60603

Chase Bank USA NA
P.O. Box 15145
Wilmington, DE   19850

Tony Savino
1179 Elmwood Lane
Elk Grove Village, IL   60007

Marek Korkus
1215 Waterman
Arlington Heights, IL   60004

Milvenia Stiff
21 Hampton
Montgomery, IL   60538

Leah Fortner
1531 Maplewood
Hanover Park, IL   60133

Richard & Denise Suydan
301 Monterey Drive
Bolingbrook, IL   60440

Brothers Gutters
6224 W 54th Street
Chicago, IL   60638

New Hampshire Insurance Co
Chartis US
Michelle A Levitt
175 Water Street, 18th Floor
New York, NY   10038

James & Karen Wingard
177 Mohawk
Carol Stream, IL   60188

Margaret Wilhelm
61 South Lodge
Lombard, IL   60148

Jose Ramirez
211 Hastings Way
Poplar Grove, IL   61065

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL   60664

Restoration Warehouse, Inc.
5525 Lee Avenue
Downers Grove, IL   60515

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov