# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re:                                    §
                                          §
RESTORATION WAREHOUSE, INC.               §      Case No. 09-39059 DRC
                                          §
            Debtor                        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 49,420.00            Assets Exempt: 0.00
(*Without deducting any secured claims*)

Total Distributions to Claimants:  3,746.52      Claims Discharged
                                                 Without Payment:  1,058,995.04

Total Expenses of Administration:  4,906.97

3) Total gross receipts of $ 8,653.49  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 8,653.49  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,519.68 | $ 1,519.68 | $ 1,519.68 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,906.97 | 4,906.97 | 4,906.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 5,612.00 | 13,319.84 | 13,319.84 | 2,226.84 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 803,227.66 | 198,527.25 | 198,527.25 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 808,839.66 | $ 218,273.74 | $ 218,273.74 | $ 8,653.49 |

   4)  This case was originally filed under chapter 7 on  10/19/2009 .  The case was pending for 83 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/10/2016            By:/s/GINA B. KROL
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Restoration v. Reeves - suit for $20,000 (debtor o | 1121-000 | 7,775.00 |
| Brian Shelton & Theresa Daniels 4412 Grove Ave Stc | 1121-000 | 875.00 |
| Post-Petition Interest Deposits | 1270-000 | 3.49 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,653.49** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 4800-000 | NA | 1,519.68 | 1,519.68 | 1,519.68 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 1,519.68** | **$ 1,519.68** | **$ 1,519.68** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KROL, GINA B. | 2100-000 | NA | 1,615.35 | 1,615.35 | 1,615.35 |
| KROL, GINA B. | 2200-000 | NA | 17.46 | 17.46 | 17.46 |
| ADAMS-LEVINE | 2300-000 | NA | 9.20 | 9.20 | 9.20 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 29.78 | 29.78 | 29.78 |
| ASSOCIATED BANK | 2600-000 | NA | 490.87 | 490.87 | 490.87 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 117.63 | 117.63 | 117.63 |
| COHEN & KROL | 3110-000 | NA | 1,725.01 | 1,725.01 | 1,725.01 |
| GINA KROL | 3110-000 | NA | 862.49 | 862.49 | 862.49 |
| COHEN & KROL | 3120-000 | NA | 39.18 | 39.18 | 39.18 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,906.97 | $ 4,906.97 | $ 4,906.97 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 4256525 IDES - Bankruptcy Unit 33 S. State Chicago, IL 60603 | | 1,337.00 | NA | NA | 0.00 |
| | Brown, Robert & Theresa 1895 Jamestown Elgin, IL 60120 | | 1,850.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| | Representing: IDES - Bankruptcy Unit | | 0.00 | NA | NA | 0.00 |
| | Volant, Gina 517 Rambler Streamwood, IL 60107 | | 2,425.00 | NA | NA | 0.00 |
| 000001B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 9,301.84 | 9,301.84 | 1,555.10 |
| 0000015 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 4,018.00 | 4,018.00 | 671.74 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 5,612.00 | $ 13,319.84 | $ 13,319.84 | $ 2,226.84 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAA Expert Heating 2474 Wisconsin Downers Grove, IL 60515 | | 119.00 | NA | NA | 0.00 |
| | AIG Domestic Claims Workers Compensation Division PO Box 25971 Overland Park, KS 66225 | | 0.00 | NA | NA | 0.00 |
| | AT & T P.O. Box 8100 Aurora, IL 60507-8100 | | 20,000.00 | NA | NA | 0.00 |
| | Abrams, Kaslow & Cassman, LLP Attn: Christian R. Blunk 8712 W. Dodge Rd., Suite 300 Omaha, NE 68114 | | 1,018.00 | NA | NA | 0.00 |
| | Access One 820 W. Jackson, 6th Floor Chicago, IL 60607 | | 18,969.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ace Overhead Door 20 W 480 Camden Drive Downers Grove, IL 60516 | | 1,485.00 | NA | NA | 0.00 |
| | Addleman, Steven 565 Cottonwood Bolingbrook, IL 60440 | | 0.00 | NA | NA | 0.00 |
| | Advanced Window Company 4935 W. Lemoyne Chicago, IL 60651 | | 50,000.00 | NA | NA | 0.00 |
| | Albany Door 5846 W. 66th Street Chicago, IL 60638 | | 1,400.00 | NA | NA | 0.00 |
| | Allied Interstate 12655 N. Central Expressway Dallas, TX 75243 | | 4,055.00 | NA | NA | 0.00 |
| | Alside Supply Center 1470 Mark Street Elk Grove Village, IL 60007 | | 170,000.00 | NA | NA | 0.00 |
| | Alside Supply Center 2500 Vantage Elgin, IL 60124 | | 25,000.00 | NA | NA | 0.00 |
| | Answer National PO Box 807 Glen Ellyn, IL 60138 | | 484.00 | NA | NA | 0.00 |
| | Aussie Construction 1122 Hinsbrook Darien, IL 60561 | | 8,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 2864 Transaction Processing CT2-515-BB-1 Hartford, CT 06101-8715 | | 22,850.00 | NA | NA | 0.00 |
| | Bell, LLC 1411 N. Westshore PO Box 24538 Tampa, FL 33623 | | 693.00 | NA | NA | 0.00 |
| | Biars, Ann 249 Mohawk Bensenville, IL 60106 | | 0.00 | NA | NA | 0.00 |
| | Bock, Jeff and Rene 6 South 071 Hyacinth Court Naperville, IL 60540 | | 0.00 | NA | NA | 0.00 |
| | Bolda, Nicole 8031 South 83rd Justice, IL 60458 | | 0.00 | NA | NA | 0.00 |
| | Bolingbrook Police Department 375 West Briarcliff Road Bolingbrook, IL 60440-0951 | | 2,000.00 | NA | NA | 0.00 |
| | CRJ Exterior 126 Maxon Lane Streamwood, IL 60107 | | 10,000.00 | NA | NA | 0.00 |
| | Canciari, Rose and Tony 251 Benard Addison, IL 60101 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carroll, Kay 2 Atrium Elmhurst, IL 60126 | | 5,000.00 | NA | NA | 0.00 |
| | Certegy Payment Recovery 11601 Roosevelt Blvd. Saint Petersburg, FL 33716 | | 200.76 | NA | NA | 0.00 |
| | Chandler, Reed & Stephanie 406 S. Harrison Batavia, IL 60510 | | 0.00 | NA | NA | 0.00 |
| | Classic Exterior Repairs, Ltd. Attn: Sabas Guitierrez 4 North 211 Briar Lane Bensenville, IL 60106 | | 8,000.00 | NA | NA | 0.00 |
| | Collection Bureau of America PO Box 5013 Hayward, CA 94540-5013 | | 11,198.00 | NA | NA | 0.00 |
| | ComEd P.O. Box 6111 Carol Stream, IL 60197-9515 | | 428.00 | NA | NA | 0.00 |
| | Elmhurst Currency Exchange 683 W North Ave Elmhurst, IL 60126 | | 2,000.00 | NA | NA | 0.00 |
| | Enterprise Rent A Car 1712 Ogden Ave Lisle, IL 60532 | | 500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FAI Collect, Inc. 10 148th Ave. N.E. Bellevue, WA 98008-1148 | | 8,356.00 | NA | NA | 0.00 |
| | Fabien Construction 19 W. 127th Street Lemont, IL 60439 | | 5,000.00 | NA | NA | 0.00 |
| | Filipowicz, Beverly 144 W. Traube Downers Grove, IL 60515 | | 0.00 | NA | NA | 0.00 |
| | Frank Del Medico 2501 Des Plaines Ave Riverside, IL 60546 | | 0.00 | NA | NA | 0.00 |
| | Furches, Garnett 233 Bristol Ct Bolingbrook, IL 60440 | | 1,000.00 | NA | NA | 0.00 |
| | GC Services Limited Partnership 6330 Gulfton Suite 400 Houston, TX 77081 | | 0.00 | NA | NA | 0.00 |
| | Govella Construction 3720 Harrison Brookfield, IL 60513 | | 20,000.00 | NA | NA | 0.00 |
| | Groth, Dwight & Cheryl 206 Hamilton Wheaton, IL 60189 | | 260.00 | NA | NA | 0.00 |
| | Harris Bank 111 West Monroe Street Chicago, IL 60606 | | 2,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Owner 1 S. 311 Euclid Villa Park, IL 60181 | | 5,850.00 | NA | NA | 0.00 |
| | Home Owner 1014 Oakland Streamwood, IL 60107 | | 2,843.00 | NA | NA | 0.00 |
| | Homeowner 132 Pacific Bolingbrook, IL 60440 | | 1,828.00 | NA | NA | 0.00 |
| | Illinois Workers Compensation 100 W. Randolph Street Suite 8-200 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Invergo, Anthony & Yvonne 129 S Chase Lombard, IL 60148 | | 0.00 | NA | NA | 0.00 |
| | JV Construction 1823 S. 19th Ave. Maywood, IL 60153 | | 1,200.00 | NA | NA | 0.00 |
| | Jordan, Everett 521 Pinebrook Lombard, IL 60148 | | 0.00 | NA | NA | 0.00 |
| | Joseph Paluch 5828 W. 83rd Burbank, IL 60459 | | 7,000.00 | NA | NA | 0.00 |
| | Joseph, Mann & Creed 20600 Chagrin Blvd. Suite 550 Shaker Heights, OH 44122-5340 | | 4,643.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jurdao, Jose 1776 Mimosa Court Glendale Heights, IL 60139 | | 12,000.00 | NA | NA | 0.00 |
| | Kadela, Ed 810 Melrose New Lenox, IL 60451 | | 0.00 | NA | NA | 0.00 |
| | Kaine Management, Inc C/o 95th & Ridgeland Currency 6326 West 95th Street Oak Lawn, IL 60453 | | 80.00 | NA | NA | 0.00 |
| | Keay & Costello 128 S. County Farm Road Wheaton, IL 60187 | | 696.00 | NA | NA | 0.00 |
| | Kelly, Steve and Lauren 594 Riedy Lisle, IL 60532 | | 0.00 | NA | NA | 0.00 |
| | Kramer & Associates 433 Hackensack Ave. Hackensack, NJ 07601-6319 | | 3,748.00 | NA | NA | 0.00 |
| | Krzewicki, Krzysztof 3704 Hoffman St Plano, IL 60545 | | 45,500.00 | NA | NA | 0.00 |
| | Kushnierz, Piotr 25 Whitney Way Montgomery, IL 60538 | | 44,600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lathrope and Gage Franklin Square, Suite 1050 East 1300 Eye Street Washington, DC 20005 | | 732.00 | NA | NA | 0.00 |
| | Law Offices of Mitchell N. Kay, P.C PO Box 2374 Chicago, IL 60690-2374 | | 1,895.00 | NA | NA | 0.00 |
| | Lyman & Nielsen, LLC 1301 W. 22nd Street Suite 914 Oak Brook, IL 60523 | | 0.00 | NA | NA | 0.00 |
| | MV Remodeling 833 Marshall Court Palatine, IL 60074 | | 20,000.00 | NA | NA | 0.00 |
| | Martin, Kevin & Barbara 408 E Fullerton Glendale Heights, IL 60139 | | 0.00 | NA | NA | 0.00 |
| | May, Richard and Lori 1706 Burlington Lisle, IL 60532 | | 0.00 | NA | NA | 0.00 |
| | Mendez, Ovidio 2382 Good Speed Lane, Apt. D Schaumburg, IL 60194 | | 4,000.00 | NA | NA | 0.00 |
| | Michael Poulakidas 346 N. Lake Street Aurora, IL 60506 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michelleto, Teresa 8331 W. 82nd Justice, IL 60458 | | 0.00 | NA | NA | 0.00 |
| | Morales 196 W. Schick Road Bloomingdale, IL 60108 | | 0.00 | NA | NA | 0.00 |
| | Morgan Properties 2230 Wisconsin Ave Downers Grove, IL 60515 | | 0.00 | NA | NA | 0.00 |
| | National Check Trust 2811 Corporate Way Miramar, FL 33025 | | 2,321.00 | NA | NA | 0.00 |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | 666.34 | NA | NA | 0.00 |
| | Nicor Gas P.O. Box 310 Aurora, IL 60507 | | 1,214.69 | NA | NA | 0.00 |
| | O'Brien Signs 541 Castle Bolingbrook, IL 60440 | | 10,000.00 | NA | NA | 0.00 |
| | O'Rourke & Moody 55 W. Wacker Drive, Suite 1400 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Oak Creek 948-980 Springer Drive Lombard, IL 60148 | | 30,828.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Paul's Remodeling & Service 8418 South 77th Ct. Bridgeview, IL 60455 | | 5,000.00 | NA | NA | 0.00 |
| | Pauley, Robert 0 S 507 Forest Winfield, IL 60190 | | 0.00 | NA | NA | 0.00 |
| | Pawlak, Marek 5131 W. Harrison Peoria, IL 61641 | | 5,000.00 | NA | NA | 0.00 |
| | Pietrie, Joseph & Sheila 304 Village Melrose Park, IL 60164 | | 0.00 | NA | NA | 0.00 |
| | Price, Mary 10731 Royal Porthcrawl Naperville, IL 60564 | | 0.00 | NA | NA | 0.00 |
| | Prince, Patricia 8201 S Beloit Bridgeview, IL 60455 | | 0.00 | NA | NA | 0.00 |
| | Pro Home Services 799 Roosevelt Glen Ellyn, IL 60137 | | 4,000.00 | NA | NA | 0.00 |
| | Representing: AIG Domestic Claims | | 0.00 | NA | NA | 0.00 |
| | Representing: AT & T | | 0.00 | NA | NA | 0.00 |
| | Representing: Access One | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Access One | | 0.00 | NA | NA | 0.00 |
| | Representing: Certegy Payment Recovery | | 0.00 | NA | NA | 0.00 |
| | Representing: Groth, Dwight & Cheryl | | 0.00 | NA | NA | 0.00 |
| | Representing: Krzewicki, Krzysztof | | 0.00 | NA | NA | 0.00 |
| | Representing: Kushnierz, Piotr | | 0.00 | NA | NA | 0.00 |
| | Representing: Nicor Gas | | 0.00 | NA | NA | 0.00 |
| | Representing: Oak Creek | | 0.00 | NA | NA | 0.00 |
| | Representing: Richards Building Supply Co. | | 0.00 | NA | NA | 0.00 |
| | Representing: Transworld Systems | | 0.00 | NA | NA | 0.00 |
| | Representing: Tri State Roofing & Siding | | 0.00 | NA | NA | 0.00 |
| | Representing: Wojciak, Patricia | | 0.00 | NA | NA | 0.00 |
| | Representing: Zafar, Zainab | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Robert M. Wolfberg 300 N. Elizabeth Street Chicago, IL 60607 | | 677.00 | NA | NA | 0.00 |
| | Sailer, Robert 1 South 285 Euclid Villa Park, IL 60181 | | 7,000.00 | NA | NA | 0.00 |
| | Sam Construction 8006 South Oketo Bridgeview, IL 60455 | | 0.00 | NA | NA | 0.00 |
| | Sandaval, Naomi 5 Cardinal Carpentersville, IL 60110 | | 0.00 | NA | NA | 0.00 |
| | Sandoval, Edgar and Noemi 4 Cardinal Carpentersville, IL 60110 | | 0.00 | NA | NA | 0.00 |
| | Scearce, Kathleen 218 Westley Ct. Bolingbrook, IL 60440 | | 0.00 | NA | NA | 0.00 |
| | Schmith, Jeremy and Beatrice 6 Swallow Woodridge, IL 60517-1717 | | 0.00 | NA | NA | 0.00 |
| | Sepyta, Dan 622 Dupont Elk Grove Village, IL 60007 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Solberg and Kennedy Attn: David Carlin 5320 N. 16th Street, Suite 205 Phoenix, AZ 85016 | | 6,035.00 | NA | NA | 0.00 |
| | Swisher & Walker Financial Group 2150 Manchester Road Wheaton, IL 60187 | | 4,000.00 | NA | NA | 0.00 |
| | Trans Union LLC PO Box 99506 Chicago, IL 60693-9506 | | 0.00 | NA | NA | 0.00 |
| | Transworld Systems 9525 Sweet Valley Drive Cleveland, OH 44125 | | 196.00 | NA | NA | 0.00 |
| | Tri State Roofing & Siding 9630 S. 76th Ave. Hickory Hills, IL 60457 | | 25,000.00 | NA | NA | 0.00 |
| | Viar, Julian & Anna 623 Easy Street Glendale Heights, IL 60139 | | 0.00 | NA | NA | 0.00 |
| | Village of Brookfield 8820 Brookfield Brookfield, IL 60513 | | 200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wagner,Falconer & Judd Attn: Daniel Reich 325 N. Corporate Drive, Suite 100 Brookfield, WI 53045 | | 0.00 | NA | NA | 0.00 |
| | Walters, Michelle 1778 Montrose Aurora, IL 60503 | | 0.00 | NA | NA | 0.00 |
| | Ward, Henrietta 14 Iowa Joliet, IL 60433 | | 0.00 | NA | NA | 0.00 |
| | Weidner, August 3602 Oriole Rolling Meadows, IL 60008 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo 800 Walnut Street Des Moines, IA 50309 | | 1,804.00 | NA | NA | 0.00 |
| | Wojciak, Patricia 8201 S. Beloit Bridgeview, IL 60455 | | 0.00 | NA | NA | 0.00 |
| | Zafar, Zainab CB Richard Ellis 580 Waters Edge, Suite 220 Lombard, IL 60148 | | 0.00 | NA | NA | 0.00 |
| 000010 | BROTHERS GUTTERS | 7100-000 | 12,000.00 | 10,132.37 | 10,132.37 | 0.00 |
| 000008 | FORTNER, LEAH | 7100-000 | 0.00 | 31,370.00 | 31,370.00 | 0.00 |
| 000006 | KORKUS, MAREK | 7100-000 | 4,500.00 | 4,500.00 | 4,500.00 | 0.00 |
| 000002 | MUCH SHELIST | 7100-000 | 5,617.00 | 6,697.05 | 6,697.05 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | NEW HAMPSHIRE INSURANCE CO ENTITIES | 7100-000 | NA | 3,963.00 | 3,963.00 | 0.00 |
| 000003 | RICHARDS BUILDING SUPPLY CO. | 7100-000 | 102,940.00 | 102,940.71 | 102,940.71 | 0.00 |
| 000005 | SAVINO, TONY | 7100-000 | 463.87 | 463.87 | 463.87 | 0.00 |
| 000007 | STIFF, MELVENIA | 7100-000 | 1,431.00 | 800.00 | 800.00 | 0.00 |
| 000009 | SUYDAN, RICHARD AND DENISE | 7100-000 | 0.00 | 4,991.15 | 4,991.15 | 0.00 |
| 000013 | WILHELM, MARGARET N | 7100-000 | 1,213.00 | 1,841.62 | 1,841.62 | 0.00 |
| 000012 | WINGARD, JAMES & KAREN | 7100-000 | 0.00 | 16,000.00 | 16,000.00 | 0.00 |
| 000004 | CHASE BANK USA NA | 7100-900 | 6,990.00 | 7,429.73 | 7,429.73 | 0.00 |
| 000014 | RAMIREZ, JOSE | 7200-000 | 7,000.00 | 6,987.75 | 6,987.75 | 0.00 |
| 000001C | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7300-000 | NA | 410.00 | 410.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 803,227.66 | $ 198,527.25 | $ 198,527.25 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 09-39059    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | RESTORATION WAREHOUSE, INC. | Date Filed (f) or Converted (c): | 10/19/09 (f) |
| | | 341(a) Meeting Date: | 12/01/09 |
| For Period Ending: | 08/10/16 | Claims Bar Date: | 12/14/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. | Harris Bank Account ending in 31 (balance on filin | 150.00 | 0.00 | | 0.00 | FA |
| 2. | Due from Matthew & Joan Holuj | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. | Restoration v. Reeves - suit for $20,000 (debtor o | 10,000.00 | 7,775.00 | | 7,775.00 | FA |
| 4. | Debra & Fernando Villalpando 6116 Leonard Downers | 20,000.00 | 0.00 | | 0.00 | FA |
| 5. | Edwina & Patrick McGlothlin 1739 Lombard Ct. Glend | 12,820.00 | 0.00 | | 0.00 | FA |
| 6. | Brian Shelton & Theresa Daniels 4412 Grove Ave Stc | Unknown | 875.00 | | 875.00 | FA |
| 7. | Michael Naida 225 Lexington Bolingbrook, IL 60440 | 3,950.00 | 0.00 | | 0.00 | FA |
| 8. | Darren Delia 434 S. Harvard Addison, IL 60101 | 7,500.00 | 0.00 | | 0.00 | FA |
| 9. | Emma Harrison 243 Farragut Park Forest, IL 60466 | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. | Referral / Leads List | Unknown | 0.00 | | 0.00 | FA |
| 11. | TV, Computers, Desk | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.49 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $59,420.00 | $8,650.00 | | $8,653.49 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sent TFR to US Tee for review April 29, 2016, 11:24 am

Trustee is working on claims objections

October 07, 2015, 11:26 am

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-39059   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | RESTORATION WAREHOUSE, INC. | Date Filed (f) or Converted (c): | 10/19/09 (f) |
| | | 341(a) Meeting Date: | 12/01/09 |
| | | Claims Bar Date: | 12/14/10 |

Trustee must file several objections to claims. Will then prepare TFR

October 21, 2014, 01:05 pm

Trustee to file TFR

October 17, 2013, 02:37 pm

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 03/31/16

/s/    GINA B. KROL

_____ Date: 08/10/16

GINA B. KROL

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-39059 -DRC | |
| Case Name: | RESTORATION WAREHOUSE, INC. | |

Trustee Name:   GINA B. KROL
Bank Name:   ASSOCIATED BANK
Account Number / CD #:   *******0287  Checking Account

Taxpayer ID No:  *******4373
For Period Ending:  08/10/16

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 8,520.76 | | 8,520.76 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.25 | 8,515.51 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.43 | 8,510.08 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.25 | 8,504.83 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.42 | 8,499.41 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.63 | 8,486.78 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 7.35 | 8,479.43 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.39 | 8,468.04 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.59 | 8,455.45 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.16 | 8,443.29 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.55 | 8,430.74 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.13 | 8,418.61 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.52 | 8,406.09 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.50 | 8,393.59 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.08 | 8,381.51 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.46 | 8,369.05 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.04 | 8,357.01 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.42 | 8,344.59 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.41 | 8,332.18 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.19 | 8,320.99 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 7.33 | 8,313.66 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.37 | 8,301.29 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.95 | 8,289.34 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.32 | 8,277.02 |

Ver: 19.06a

FORM 2

Page:   2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-39059 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | RESTORATION WAREHOUSE, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0287  Checking Account |
| Taxpayer ID No: | *******4373 | | |
| For Period Ending: | 08/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.91 | 8,265.11 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.29 | 8,252.82 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.27 | 8,240.55 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.86 | 8,228.69 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.23 | 8,216.46 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.82 | 8,204.64 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.20 | 8,192.44 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.18 | 8,180.26 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency | | 2300-000 | | 4.67 | 8,175.59 |
| | | 60 E. 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.98 | 8,164.61 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.14 | 8,152.47 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.73 | 8,140.74 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.10 | 8,128.64 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.69 | 8,116.95 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.07 | 8,104.88 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.05 | 8,092.83 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.64 | 8,081.19 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.01 | 8,069.18 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.61 | 8,057.57 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.98 | 8,045.59 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.96 | 8,033.63 |
| 02/18/16 | 030004 | ADAMS-LEVINE | Acct #10BSBGR6291 | 2300-000 | | 4.53 | 8,029.10 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.17 | 8,017.93 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.92 | 8,006.01 |
| 07/08/16 | 030005 | GINA B. KROL | Final Distribution | | | 1,632.81 | 6,373.20 |

FORM 2                                                                                               Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-39059 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | RESTORATION WAREHOUSE, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0287  Checking Account |
| Taxpayer ID No: | *******4373 | | |
| For Period Ending: | 08/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 105 W. Adams Street 31st Floor Chicago, IL 60606 | | | | | | |
| | | | Fees            1,615.35 | | 2100-000 | | | |
| | | | Expenses         17.46 | | 2200-000 | | | |
| 07/08/16 | 030006 | COHEN & KROL 105 W. Madison Street Suite 1100 Chicago, IL  60602 | Final Distribution | | | | 1,764.19 | 4,609.01 |
| | | | Fees            1,725.01 | | 3110-000 | | | |
| | | | Expenses         39.18 | | 3120-000 | | | |
| 07/08/16 | 030007 | Gina Krol 105 W. Madison Street Suite 1100 Chicago, IL  60602 | Final Distribution | | 3110-000 | | 862.49 | 3,746.52 |
| 07/08/16 | 030008 | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-3058 | Final Distribution | | 5800-000 | | 671.74 | 3,074.78 |
| 07/08/16 | 030009 | Illinois Dept of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Final Distribution (1-1) Unemployment tax | | 5800-000 | | 1,555.10 | 1,519.68 |
| 07/08/16 | 030010 | Illinois Dept of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Final Distribution (1-1) Unemployment tax | | 4800-000 | | 1,519.68 | 0.00 |

FORM 2                                                                                                Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-39059 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | RESTORATION WAREHOUSE, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0287  Checking Account |
| Taxpayer ID No: | *******4373 | | |
| For Period Ending: | 08/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account | *******0287 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 10 | Checks | 8,029.89 | |
| | 0 | Interest Postings | 0.00 | 43 | Adjustments Out | 490.87 | |
| | | | | 0 | Transfers Out | 0.00 | |
| | | Subtotal | $ 0.00 | | | | |
| | | | | | Total | $ 8,520.76 | |
| | 0 | Adjustments In | 0.00 | | | | |
| | 1 | Transfers In | 8,520.76 | | | | |
| | | Total | $ 8,520.76 | | | | |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 26)*

Ver: 19.06a

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-39059 -DRC |
| Case Name: | RESTORATION WAREHOUSE, INC. |
| Taxpayer ID No: | *******4373 |
| For Period Ending: | 08/10/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0066  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 03/18/10 | | Brian Shelton 4412 Grove Ave. Stickney, IL 60140 | A/R Account Receivable due Debtor | 1121-003 | 125.00 | | 125.00 |
| 03/18/10 | 3 | Edgerton & Edgerton 125 Wood St. West Chicago, IL 60186 | A/R Account Receivable due Debtor | 1121-000 | 7,775.00 | | 7,900.00 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 7,900.05 |
| * 04/05/10 | | Brian Shelton 4412 Grove Ave. Stickney, IL 60140 | A/R Payment stopped by payor | 1121-003 | -125.00 | | 7,775.05 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,775.24 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 7,775.43 |
| 06/14/10 | 6 | Brian Shelton 4412 Grove Ave. Stickney, IL 60402 | A/R Account Receivable due Debtor | 1121-000 | 375.00 | | 8,150.43 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,150.64 |
| 07/19/10 | 6 | Brian & Lisa Shelton 4412 Grove Ave. Stickney, IL 60402 | | 1121-000 | 125.00 | | 8,275.64 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,275.84 |
| 08/16/10 | 6 | Brian Shelton 4412 Grove Ave. Stickney, IL 60402 | A/R Account Receivable due Debtor | 1121-000 | 125.00 | | 8,400.84 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,401.06 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,401.27 |
| 10/18/10 | 6 | Brian Shelton 4412 Grove Ave. Stickney, IL 60402 | A/R Account Receivable due Debtor | 1121-000 | 125.00 | | 8,526.27 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,526.48 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 8,526.69 |

FORM 2                                                                                                      Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-39059 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | RESTORATION WAREHOUSE, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0066  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4373 | | | |
| For Period Ending: | 08/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/10 | 6 | Brian Shelton | A/R | 1121-000 | 125.00 | | 8,651.69 |
| | | 4412 Grove Ave. | Account Receivable due Debtor | | | | |
| | | Stickney, IL 60402 | | | | | |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,651.91 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,652.13 |
| 02/07/11 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 7.34 | 8,644.79 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,644.86 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,644.93 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,645.00 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,645.08 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,645.15 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,645.22 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,645.30 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,645.37 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,645.44 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.01 | 8,634.43 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,634.50 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.65 | 8,623.85 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,623.92 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.63 | 8,613.29 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,613.37 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.30 | 8,602.07 |
| 02/06/12 | 000302 | International Sureties | BOND | 2300-000 | | 7.76 | 8,594.31 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,594.38 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.22 | 8,584.16 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) *(Page: 28)*

Ver: 19.06a

FOR M2

Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-39059 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | RESTORATION WAREHOUSE, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0066  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4373 | | |
| For Period Ending: | 08/10/16 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,584.23 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.55 | 8,573.68 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,573.75 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.89 | 8,562.86 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,562.93 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.88 | 8,552.05 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,552.12 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.16 | 8,541.96 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,542.03 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.20 | 8,530.83 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,530.90 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 10.14 | 8,520.76 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 8,520.76 | 0.00 |

| Account  *******0066 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 8 | Deposits | 8,650.00 | 2 | Checks | 15.10 |
| | 30 | Interest Postings | 3.49 | 11 | Adjustments Out | 117.63 |
| | | | | 1 | Transfers Out | 8,520.76 |
| | | Subtotal | $    8,653.49 | | | |
| | | | | | Total | $    8,653.49 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $    8,653.49 | | | |

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-39059 -DRC |
| Case Name: | RESTORATION WAREHOUSE, INC. |

| | |
|---|---|
| Taxpayer ID No: | *******4373 |
| For Period Ending: | 08/10/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0066  Money Market Account (Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Report Totals | Balance Forward | | 0.00 | | |
| | 8 | | Deposits | | 8,650.00 | 12 | Checks | 8,044.99 |
| | 30 | | Interest Postings | | 3.49 | 54 | Adjustments Out | 608.50 |
| | | | | | | 1 | Transfers Out | 8,520.76 |
| | | | Subtotal | $ | 8,653.49 | | | |
| | | | | | | | Total | $ | 17,174.25 |
| | 0 | | Adjustments In | | 0.00 | | | |
| | 1 | | Transfers In | | 8,520.76 | | | |
| | | | Total | $ | 17,174.25 | | Net Total Balance | $ | 0.00 |

Trustee's Signature: _____ /s/   GINA B. KROL _____   Date: 08/10/16

GINA B. KROL

Ver: 19.06a